UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| M3 GIRL DESIGNS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-2335-B |
| | § | |
| LUCKY 11, INC., and KRISTIN ALMOND, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SUBMIT FINAL PAPERS

The parties have advised the Court they have reached an agreement which will settle this case. It is, therefore, **ORDERED** that the parties present an agreed final judgment or agreed order of dismissal to the Court by **March 15, 2010.**

SO ORDERED.

DATED March 1, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE