## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | | |
|---|---|---|
| M3Girl Designs, LLC | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-2335 |
| | § | |
| Lucky 11, Inc. (d/b/a "Cheer Chics Charms") | § | |
| Kristin Almond, | § | |
|     Defendants. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties have amicably settled this matter through a Confidential Settlement Agreement, and in accordance with Federal Rule of Civil Procedure 41, the Parties hereby stipulate, by and through their respective counsel of record, that the Plaintiff's Complaint should be dismissed with prejudice, and that each party shall bear its own fees and costs in connection with this action.

**Agreed as to Form and Content:**

Dated: March 12, 2010

Respectfully submitted,

_/s/ D. Scott Hemingway_
D. Scott Hemingway
Eugenia S. Hansen
Hemingway & Hansen, LLP
1717 Main Street, Suite 2500
Dallas, Texas 75201
Tel. (214) 292-8301
Fax (214) 739-5209
shemingway@hemlaw.org
*ATTORNEYS FOR M3GIRL DESIGNS, LLC.*

Respectfully submitted,

_/s/ Megan O'Laughlin, Esq._
Megan O'Laughlin, Esq.
Hitchcock Evert LLP
750 North St. Paul Street
Suite 1110
Dallas, Texas 75201
Direct (214) 880-7004
Facsimile (214) 953-1121
molaughlin@hitchcockevert.com
*ATTORNEYS FOR LUCKY 11 AND MS. KRISTEN ALMOND*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on March 12, 2010.

/s/ D. Scott Hemingway